Per Curiam.

Had the condition of this bond been for the payment of interest after the months had expired, the penalty would have been forfeited, notwithstanding the plaintiff’s acceptance of the principal. But here it is but an incident in the nature of damages ; and the principal having been paid and accepted, the penalty is saved, (a)

Plaintiff nonsuit.

 See Bond vs. Cutler, 10 Mass. Rep. 419. — Harris vs. Clapp, 1 Mass. Rep. 308. — Pitts vs. Tilden, 2 Mass. Rep. 118. — Farquhar vs. Morrison, 7 D. & E. 124.— M’ Gill vs. Bank U. S. 12 Wheat. 511. — Page vs. Newman, 9 B. & C. 381. — Foster & Al. vs. Weston, 6 Bing. 709. — Hogan vs. Page, 1 B. & P. 337. — Higgins vs. Sargent, 2 B. & C. 348. — Sneed & Al. vs. Wistar & Al. 8 Wheat. 690__Dawes vs. Winship, 5 Pick. 97. — Parker vs. Thomson, 3 Pick. 429—Newson’s Admr. vs. Douglas, 7 H. & J. 417.